AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Joshua Kaleb Youngerman (AKA: n/a) | ) Case: 1:23-mj-00177 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 7/21/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Joshua Kaleb Youngerman__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds;
40 U.S.C. § 5104(d) - Stepping & Climbing on Any Erection or Architectural Feature on Capitol Grounds.

Date: 07/24/2023                                         *Issuing officer's signature*
                                                         2023.07.24 12:07:25 -04'00'

City and state:  Washington, D.C.                        Robin Meriweather, United States Magistrate Judge
                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 7/24/23, and the person was arrested on *(date)* 7/25/23
at *(city and state)* Imperial Beach, CA.

Date: 7/25/23
                                                         *Arresting officer's signature*

                                                         *Printed name and title*