AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00177 |
| Joshua Kaleb Youngerman (AKA: n/a) | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/21/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Kaleb Youngerman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds;
40 U.S.C. § 5104(d) - Stepping & Climbing on Any Erection or Architectural Feature on Capitol Grounds.

Date: 07/24/2023

*Issuing officer's signature* 2023.07.24 12:07:25 -04'00'

City and state: Washington, D.C.    Robin Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/24/23, and the person was arrested on *(date)* 7/25/23
at *(city and state)* Imperial Beach, CA.

Date: 7/25/23

*Arresting officer's signature*

*Printed name and title*

ORDERED UNSEALED on 07/27/2023   s/ judepeters

**SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**ARREST ON OUT-OF-DISTRICT OFFENSE**

CASE NUMBER: '23 MJ2635

The person charged as Joshua Kaleb Youngerman now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Columbia with: Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in any Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly and Disruptive Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); Parade, Demonstrate, or Picket on any Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(G); Stepping and Climbing on Any Erection or Architectural Feature on Capitol Grounds, in violation of 40 U.S.C. § 5104(d)

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: July 26, 2023

_Erica Price_
Erica Price
Special Agent, Federal Bureau of Investigation

Reviewed and Approved
Dated: July 26, 2023

_Shane P. Harrigan_
SHANE P. HARRIGAN
Assistant United States Attorney

hp ok

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-mj-02635-DDL |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Joshua Kaleb Youngerman | Booking No. 70118510 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  7/26/2023
the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on ~~supervised~~ / unsupervised probation / ~~supervised release~~.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on  O/R  Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and (_____ bond ) (_____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

7/26/23
Electronically Sent to USMS

DAVID D. LESHNER
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  M. Exler (619) 446-3764

Crim-9 (Rev. 05/20)
Original

**Read: 23mj2635 Youngerman Abstract**

Scott, Andrea (USMS)
on behalf of
CAS Releases <CAS.Releases@usdoj.gov>

Wed 7/26/2023 2:59 PM

To:Melissa Exler <Melissa_Exler@casd.uscourts.gov>

📎 1 attachments (70 KB)

Read: 23mj2635 Youngerman Abstract;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Joshua Kaleb Youngerman,<br><br>                              Defendant. | Case No.:  23mj2635<br><br>**ORDER** |

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. *See United States v. Price*, 566 F.3d 900,913 n.14 (9th Cir. 2009). Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence.

Information or evidence may be favorable to a defendant's case if it either may help bolster the defendant's case or impeach a prosecutor's witness or other government evidence. If doubt exists, it should be resolved in favor of the defendant with full

1

disclosure being made.

If the government believes that a required disclosure would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, the government may apply to the Court for a modification of the requirements of this Disclosure Order, which may include *in camera* review and/or withholding or subjecting to a protective order all or part of the information.

This Disclosure Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Disclosure Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure Order enlarges or diminishes the government's obligation to disclose information and evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and Ninth Circuit precedent. As the Supreme Court noted, "the government violates the Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct. 1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012).

Dated: 7/26/2023

Honorable David D. Leshner
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
AUG 01 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 23-MJ-2635-DDL |
| Joshua Youngerman | ) |
| | ) Charging District's Case No. |
| _Defendant_ | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ U.S. District Court for the District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 08/01/2023

_Defendant's signature_

_Signature of defendant's attorney_

Soojin Cha
_Printed name of defendant's attorney_

# UNITED STATES DISTRICT COURT
for the Southern District of California

United States of America )
v. )
_Joshua Kaleb Youngerman_ ) Case No. 23MJ2635
Defendant )

**FILED**
Jul 26 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ MelissaExler   DEPUTY

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County   ☐ Imperial County   ☐ State of California
    ☐ Orange County and Los Angeles County
    ☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
    ☒ Do not enter Mexico   ☒ Other Travel Restriction: _District of Columbia for court_
    ☐ Travel may be expanded within the State of California, in PTS's discretion
    ☒ Any travel outside the SDCA will be at defendant's own expense.

### Additional Conditions

(10) ☒ (a) The defendant is released on personal recognizance.
    ☐ (b) The defendant must execute an appearance bond in the amount of $_____ that is:
        ☐ Unsecured.
        ☐ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
            Security: ☐ The co-signatures of ____ financially responsible (and related) adults or _____
                ☐ A cash deposit with the Court of $_____ by defendant or surety.
                ☐ A trust deed to the United States on real property approved by a federal judge.
                ☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
                ☐ Other: _____.
            Hearing: ☐ Surety examination   ☐ Nebbia hearing (bail source hearing)
(11) ☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

(12) The defendant must:
- ☑ (a) actively seek or continue full-time employment, or schooling, or a combination of both.
- ☑ (b) reside (☑) with a family member, surety, or _____, or
  (☑) at a residence approved by the Pretrial Services Office, including any contract facility.
- ☐ (c) surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.
- ☐ (d) clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.
- ☑ (e) submit to psychological/psychiatric treatment at Pretrial Services' discretion.
- ☑ (f) submit to drug/~~alcohol~~ testing no more than 4 times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.
- ☐ (g) take two drug tests. If both tests are negative (or show only residual elimination of marijuana), no further testing is authorized.
- ☐ (h) not use alcohol at all.
- ☐ (i) not have a blood alcohol content (BAC) of .08% or more.
- ☐ (j) participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.
- ☐ (k) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ☐ (l) participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:
    - ☐ (i) **Curfew.** You are restricted to your residence (☐) every day from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer.
    - ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.
    - ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.
    Technology: ☐ PTS Discretion ☐ GPS ☐ Radio Frequency ☐ Smart Link ☐ Voice Recognition
    - ☐ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.
    - ☐ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.
- ☐ (m) return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____
- ☐ (n) remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.
- ☐ (o) not drive a vehicle without a valid U.S. driver license and current insurance.
- ☐ (p) Pretrial Services may disclose confidential information to third parties for the purposes of securing community resources.
- ☐ (q) **Adam Walsh Act:** See attached Addendum for additional conditions.
- ☐ (r) Other conditions: _____

(13) ☐ All conditions previously set will remain the same.

Dated: 7/26/23

_David Leshner_
Honorable David D. Leshner
United States Magistrate Judge

FILED

AUG 01 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA KALEB YOUNGERMAN,<br><br>Defendant. | Magistrate Case No. 23MJ2635-DDL<br><br>ORDER OF REMOVAL<br>(Defendant Not In Custody) |

An arrest warrant and complaint having been filed in the United States District Court for the District of Columbia, charging defendant **JOSHUA KALEB YOUNGERMAN** with: Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in any Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly and Disruptive Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); Parade, Demonstrate, or Picket on any Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(G); and Stepping and Climbing on Any Erection or Architectural Feature on Capitol Grounds, in violation of 40 U.S.C. § 5104(d).

Defendant **JOSHUA KALEB YOUNGERMAN** was arrested on July 26, 2023, in the Southern District of California, pursuant to the out of district arrest warrant related to said complaint. Defendant **JOSHUA KALEB YOUNGERMAN** was released on his own recognizance and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JOSHUA KALEB YOUNGERMAN** appear via Zoom before United States Magistrate Judge Moxila Upadhyaya, U.S. District Court for the District of Columbia, on Thursday, August 10, 2023, 1:00 p.m., for further proceedings.

DATED: 8/1/23

HON. DAVID D. LESHNER
United States Magistrate Judge
Southern District of California

CLOSED,BRADY

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-02635-DDL-1

Case title: USA v. Youngerman

Date Filed: 07/26/2023

Date Terminated: 08/01/2023

Assigned to: Magistrate Judge David D. Leshner

**Defendant (1)**

**Joshua Kaleb Youngerman**
*TERMINATED: 08/01/2023*
09489506

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 07/27/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Soojin Cha**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
619-687-2666
Email: soojin_cha@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Disposition**

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18:1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds; 40:5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds; 40:5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds; 40:5104(d) - Stepping and Climbing on Any Erection or Architectural Feature on Capitol Grounds | |

---

**Plaintiff**

| **USA** | represented by | **U S Attorney CR** |
|---|---|---|
| | | U S Attorneys Office Southern District of California |
| | | Criminal Division |
| | | 880 Front Street |
| | | Room 6293 |
| | | San Diego, CA 92101 |
| | | (619)557-5610 |
| | | Fax: (619)557-5917 |
| | | Email: Efile.dkt.gc2@usdoj.gov |
| | | *TERMINATED: 07/31/2023* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant United States Attorney* |
| | | |
| | | **Shane P Harrigan** |
| | | U S Attorneys Office Southern District of California |
| | | Criminal Division |
| | | 880 Front Street |
| | | Room 6293 |
| | | San Diego, CA 92101 |
| | | (619)557-6981 |
| | | Fax: (619)557-6741 |
| | | Email: Shane.Harrigan@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Designation: Assistant United States Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2023 | | Arrest of Joshua Kaleb Youngerman (no document attached) (bas1) (Entered: 07/26/2023) |
| 07/26/2023 | 1 | OUT OF DISTRICT COMPLAINT as to Joshua Kaleb Youngerman. (Attachments: # 1 Info Sheet)(bas1) (Main Document 1 replaced on 7/27/2023 to unseal) (jpp). (Entered: 07/26/2023) |
| 07/26/2023 | 2 | Set/Reset Duty Hearings as to Joshua Kaleb Youngerman: Initial Appearance - ODC set for 7/26/2023 before Magistrate Judge David D. Leshner. (no document attached) (fjp) (Entered: 07/26/2023) |
| 07/26/2023 | 3 | ABSTRACT OF ORDER Releasing Joshua Kaleb Youngerman.. (Attachments: # 1 USMS Read Receipt.) (mme) (Entered: 07/26/2023) |
| 07/26/2023 | 4 | Minute Entry for proceedings held before Magistrate Judge David D. Leshner: Government oral motion to unseal the case is granted. Initial Appearance - Out of District Complaint as to the person charged as Joshua Kaleb Youngerman held on 7/26/2023.Oral proffer confirmed. Appointed Federal Defenders for Joshua Kaleb Youngerman. Bond set as to Joshua Kaleb Youngerman (1) Own Recognizance. Abstract issued to the USMS for defendants release. Bond to be submitted to the Court. Rule 5 advisement provided. ( Removal/ID Hearing set for 8/8/2023 09:30 AM before Magistrate Judge David D. Leshner.) (Sealed Clerk Notified) (CD# 7/26/2023 DDL 23-1:2:19-2:38). (Plaintiff Attorney Jacqueline Jimenez AUSA). (Defendant Attorney Daniela Muehielsen, Carmen Abuazaid FD-S/A). (no document attached) (aje) (Entered: 07/27/2023) |
| 07/26/2023 | 5 | ***English. No Interpreter needed as to Joshua Kaleb Youngerman (no document attached) (aje) (Entered: 07/27/2023) |
| 07/26/2023 | 7 | ORDER as to Joshua Kaleb Youngerman: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge David D. Leshner on 7/26/23. (aje) (Entered: 07/27/2023) |
| 07/26/2023 | 8 | ORDER Setting Conditions of Release. Bond set for Joshua Kaleb Youngerman (1) O/R.. Signed by Magistrate Judge David D. Leshner on 7/26/2023. (cxl) (Entered: 07/28/2023) |
| 07/26/2023 | 9 | O/R Bond Filed as to Joshua Kaleb Youngerman Signed by Magistrate Judge David D. Leshner on 7/26/2023. (Document applicable to USA, Joshua Kaleb Youngerman.) (cxl) (Entered: 07/28/2023) |
| 07/26/2023 | 10 | ABSTRACT OF ORDER Releasing Joshua Kaleb Youngerman re 9 Bond.. Signed by Magistrate Judge David D. Leshner on 7/26/2023. (cxl) (Entered: 07/28/2023) |
| 07/27/2023 | 6 | NOTICE OF ATTORNEY APPEARANCE: Soojin Cha appearing for Joshua Kaleb Youngerman (Cha, Soojin)Attorney Soojin Cha added to party Joshua Kaleb Youngerman(pty:dft) (mjw). (Entered: 07/27/2023) |
| 07/31/2023 | 11 | NOTICE OF CHANGE OF HEARING as to Defendant Joshua Kaleb Youngerman. At counsel's joint request to advance hearing, Removal/ID Hearing set for 8/1/2023 8:55 AM before Magistrate Judge David D. Leshner. (mme) (Entered: 07/31/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 12 | NOTICE OF ATTORNEY APPEARANCE Shane P Harrigan appearing for USA. (Harrigan, Shane)Attorney Shane P Harrigan added to party USA(pty:pla) QC mailer sent to attorney as a friendly reminder to use mj instead of cr (ggv). (Entered: 07/31/2023) |
| 08/01/2023 | 13 | Minute Entry for proceedings held before Magistrate Judge David D. Leshner: Removal/ID Hearing as to Joshua Kaleb Youngerman held on 8/1/2023. Defendant present on bond. Defendant admits identity and waives hearing. Waiver of Rule 5 & 5.1 filed. Defendant is ordered removed to the District of Columbia. Order of Removal filed. Defense oral motion to modify conditions of release is granted. Mr. Youngerman's travel is extended to the Central District of California for employment purposes. (CD# 8/1/2023 DDL 9:26-9:33). (Plaintiff Attorney Shane Harringan, AUSA). (Defendant Attorney Soojin Cha, FD). (no document attached) (mme) (Entered: 08/01/2023) |
| 08/01/2023 | 14 | WAIVER of Rule 5 Hearings by Joshua Kaleb Youngerman (rxc)(jms). (Entered: 08/02/2023) |
| 08/01/2023 | 15 | ORDER OF REMOVAL to District of U.S. District Court for the District of Columbia as to Joshua Kaleb Youngerman. Signed by Magistrate Judge David D. Leshner on 08/01/2023. (rxc) (jms). (Entered: 08/02/2023) |
| 08/02/2023 | 16 | NOTICE to Receiving District: **(U.S. District Court for the District of Columbia)**, of Case Removal, as to Joshua Kaleb Youngerman. The following documents are available on the public docket: 10 Abstract of Order, 8 Order Setting Conditions of Release (Pretrial Release Order), 12 Notice of Attorney Appearance - USA, 6 Notice of Attorney Appearance - Defendant, 14 Waiver of Rule 5 Hearings, 15 Order of Removal to Another District, 7 Order re Rule 5(f) Advisal - Brady Advisal,, 3 Abstract of Order. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (rxc) (Entered: 08/02/2023) |